IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01463-JLK-MDB

SCHOOL DISTRICT 49, et al.,

    *Plaintiffs*,

vs.

AUBREY SULLIVAN, in her official capacity as Director of the Colorado Civil Rights Division, et al.,

    *Defendants*.

---

## NOTICE OF SETTLEMENT

Plaintiffs School District 49, Colorado Springs School District 11, Academy School District 20, Education ReEnvisioned BOCES, Monument Academy, James Irwin Charter Schools, Montezuma Cortez School District, and The Classical Academy hereby notify the Court that they have reached a settlement agreement in principle with Defendants Colorado High School Activities Association, Michael Krueger, Ryan West, Ty Gray, Joe Brown, Sara Crawford, Cameron Wright, Jeff Hollway, Jim Flanigan, Jimmy Porter, Elizabeth Jameson, Alfie Lotrich, Mike Jobman, Heidi Voehringer, Sybil Booker, and Kristie Duran (the "CHSAA Defendants").

The parties are in the process of finalizing a written settlement agreement. Plaintiffs will file a stipulation for dismissal with prejudice within seven days of completion of the settlement terms.

Additionally, the CHSAA Defendants respectfully request to be excused from oral argument on the motions to dismiss scheduled for Monday, December 8, 2025.

Dated: December 2, 2025

Respectfully submitted,

*s/Michael L. Francisco*

Michael L. Francisco
James Compton
FIRST & FOURTEENTH PLLC
800 Connecticut Avenue, NW
Suite 300
Washington D.C. 20006
(202) 998-1978
michael@first-fourteenth.com
james@first-fourteenth.com

Christopher O. Murray
Julian R. Ellis, Jr.
Andrew Nussbaum
FIRST & FOURTEENTH PLLC
2 North Cascade Avenue
Suite 1430
Colorado Springs, CO 80903
(719) 428-4937
chris@first-fourteenth.com
julian@first-fourteenth.com
andrew@first-fourteenth.com

*Attorneys for Plaintiffs*

*s/Ashlyn L. Hare*

Lucy K. Walker
Ashlyn L. Hare
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
lucy.walker@hbcboulder.com
ashlyn.hare@hbcboulder.com

Alexander Halpern
Alexander Halpern, LLC
1345 Spruce Street, 2nd Floor
Boulder, CO 80302
(303) 449-6180
ahalpern@halpernllc.com

*Counsel for CHSAA Defendants*

# CERTIFICATE OF SERVICE

      I certify that on December 2, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Dominick D. Schumacher
Michael B. McCracken
Nora Q. Passamaneck
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(858) 386-6966
Dominick.schumacher@coag.gov
Blake.mccracken@coag.gov
Nora.passamaneck@coag.gov

*Attorneys for State Defendants*

Lane Towery
Colorado Attorney General
Ralph L. Carr Judicial Building
1300 Broadway
Denver, CO 80203
(720) 508-6470
Lane.towery@coag.gov

Talia B. Kraemer
Colorado Department of Law
1300 Broadway
Denver, CO 80203
(646) 342-9201
Talia.kraemer@coag.gov

*Attorneys for Defendant Phillip Weiser,
Colorado Attorney General*

Alexander Halpern
Alexander Halpern LLC
1345 Spruce St., 2nd Floor
Boulder, CO 80302
(303) 449-6180
Ahalpern@halpernllc.com

Ashlyn L. Hare
Hutchinson Black & Cook, LLC
921 Walnut St., Suite 200
Boulder, CO 80302
(719) 648-8150
Ashlyn.hare@hbcboulder.com

Lucy K. Walker
Hutchinson Black & Cook, LLC
921 Walnut St., Suite 200
Boulder, CO 80302
(303) 442-6514
Walker@hbcboulder.com

*Attorneys for CHSAA Defendants*

      I further certify that the foregoing document was electronically served on School District 49, Colorado Springs School District 11, Academy School District 20, Education ReEnvisioned BOCEs, Monument Academy, James Irwim Charter Schools, Montezuma Cortez School District, and The Classical Academy.

      *s/Michael L. Francisco*
      FIRST & FOURTEENTH PLLC