IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01463-JLK-MDB

SCHOOL DISTRICT 49, et al.,

    *Plaintiffs*,

vs.

AUBREY SULLIVAN, in her official capacity as Director of the Colorado Civil Rights Division, et al.,

    *Defendants*.

## UNOPPOSED JOINT MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs School District 49, Colorado Springs School District 11, Academy School District 20, Education ReEnvisioned BOCES, Monument Academy, James Irwin Charter Schools, Montezuma Cortez School District, and The Classical Academy (collectively "Plaintiffs"), jointly with Defendants Colorado High School Activities Association, Michael Krueger, Ryan West, Ty Gray, Joe Brown, Sara Crawford, Cameron Wright, Jeff Hollway, Jim Flanigan, Jimmy Porter, Elizabeth Jameson, Alfie Lotrich, Mike Jobman, Heidi Voehringer, Sybil Booker, and Kristie Duran (collectively, the "CHSAA Defendants") hereby file this unopposed joint motion to voluntarily dismiss the CHSAA Defendants with prejudice.

Pursuant to D.C.COLO.LCivR7.1(a), counsel for Plaintiffs and counsel for the CHSAA Defendants conferred with counsel for Aubrey Sullivan, Director of the

1

Colorado Civil Rights Division, Sergio Raul Cordova, Geta Asfaw, Mayuko Fieweger, Daniel S. Ward, Jade Rose Kelly, and Eric Artis, as members of the Colorado Civil Rights Commission, and Phillip Weiser, the Colorado Attorney General (collectively, the "State Defendants") and are authorized to say that the State Defendants do not oppose this motion.

Plaintiffs and the CHSAA Defendants have executed a settlement agreement and all terms are completed. The Plaintiffs therefore file this unopposed joint motion to dismiss the CHSAA Defendants with prejudice signed by both parties. Respectfully submitted this 12th day of January, 2026.

*s/Michael L. Francisco*

Michael L. Francisco
James Compton
FIRST & FOURTEENTH PLLC
800 Connecticut Avenue, NW
Suite 300
Washington D.C. 20006
(202) 998-1978
michael@first-fourteenth.com
james@first-fourteenth.com

Christopher O. Murray
Julian R. Ellis, Jr.
Andrew Nussbaum
FIRST & FOURTEENTH PLLC
2 North Cascade Avenue
Suite 1430
Colorado Springs, CO 80903
(719) 428-4937
chris@first-fourteenth.com
julian@first-fourteenth.com
*Attorneys for Plaintiffs*

*s/Lucy K. Walker*

Lucy K. Walker
Ashlyn L. Hare
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
(303) 442-6514
lucy.walker@hbcboulder.com
ashlyn.hare@hbcboulder.com

Alexander Halpern
Alexander Halpern, LLC
1345 Spruce Street, 2nd Floor
Boulder, CO 80302
(303) 449-6180
ahalpern@halpernllc.com
*Counsel for CHSAA Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Dominick D. Schumacher
Michael B. McCracken
Nora Q. Passamaneck
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
(858) 386-6966
Dominick.schumacher@coag.gov
Blake.mccracken@coag.gov
Nora.passamaneck@coag.gov

*Attorneys for State Defendants*

Lane Towery
Colorado Attorney General
Ralph L. Carr Judicial Building
1300 Broadway
Denver, CO 80203
(720) 508-6470
Lane.towery@coag.gov

Talia B. Kraemer
Colorado Department of Law
1300 Broadway
Denver, CO 80203
(646) 342-9201
Talia.kraemer@coag.gov

*Attorneys for Defendant Phillip Weiser,
Colorado Attorney General*

Alexander Halpern
Alexander Halpern LLC
1345 Spruce St., 2nd Floor
Boulder, CO 80302
(303) 449-6180
Ahalpern@halpernllc.com

Ashlyn L. Hare
Hutchinson Black & Cook, LLC
921 Walnut St., Suite 200
Boulder, CO 80302
(719) 648-8150
Ashlyn.hare@hbcboulder.com

Lucy K. Walker
Hutchinson Black & Cook, LLC
921 Walnut St., Suite 200
Boulder, CO 80302
(303) 442-6514
Walker@hbcboulder.com

*Attorneys for CHSAA Defendants*

I further certify that the foregoing document was electronically served on School District 49, Colorado Springs School District 11, Academy School District 20, Education ReEnvisioned BOCEs, Monument Academy, James Irwim Charter Schools, Montezuma Cortez School District, and The Classical Academy.

                                          *s/ Michael L. Francisco*
                                          FIRST & FOURTEENTH PLLC