IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01463-JLK-MDB

SCHOOL DISTRICT 49,
MONUMENT ACADEMY,
EDUCATION REENVISIONED BOCES,
ACADEMY SCHOOL DISTRICT 20,
JAMES IRWIN CHARTER SCHOOLS,
MONTEZUMA CORTEZ SCHOOL DISTRICT,
THE CLASSICAL ACADEMY, and
COLORADO SPRINGS SCHOOL DISTRICT 11,

Plaintiffs,

v.

AUBREY SULLIVAN, Director of the Colorado Civil Rights Division, in her official capacity,
SERGIO RAUDEL CORDOVA, as member of the Colorado Civil Rights Division, in his official capacity,
GETA ASFAW, as member of the Colorado Civil Rights Division, in her official capacity,
MAYUKO FIEWEGER, as member of the Colorado Civil Rights Division, in her official capacity,
DANIEL S. WARD, as member of the Colorado Civil Rights Division, in his official capacity,
JADE ROSE KELLY, as member of the Colorado Civil Rights Division, in her official capacity,
ERIC ARTIS, as member of the Colorado Civil Rights Division, in his official capacity, and
PHILLIP WEISER, Colorado Attorney General, in his official capacity,

Defendants.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order

Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge, filed August 26, 2026, by the Honorable John L. Kane, Jr., Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that Magistrate Judge Dominguez Braswell's Recommendation on Defendant's Motion to Dismiss (ECF No. 60), issued January 13, 2026, is ADOPTED in toto. It is further

ORDERED that Plaintiffs' Objections to the Magistrate Judge's Recommendation (ECF No. 64) are OVERRULED. It is further

ORDERED that Defendant's Motion to Dismiss Amended Complaint (ECF No. 36) is GRANTED. It is further

ORDERED that judgment is hereby entered in favor of Defendants, AUBREY SULLIVAN, Director of the Colorado Civil Rights Division, in her official capacity, SERGIO RAUDEL CORDOVA, as member of the Colorado Civil Rights Division, in his official capacity, GETA ASFAW, as member of the Colorado Civil Rights Division, in her official capacity, MAYUKO FIEWEGER, as member of the Colorado Civil Rights Division, in her official capacity, DANIEL S. WARD, as member of the Colorado Civil Rights Division, in his official capacity, JADE ROSE KELLY, as member of the Colorado Civil Rights Division, in her official capacity, ERIC ARTIS, as member of the Colorado Civil Rights Division, in his official capacity, and PHILLIP WEISER, Colorado Attorney General, in his official capacity. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 26th day of August, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ M. Smotts
M. Smotts,
Deputy Clerk